

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-07-3522-R                                    Date: JULY 3, 2007

Title:  POGHOS KAZARIAN -V- U.S. CITIZENSHIP & IMMIGRATION SERVICES et al
================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

William Horrell                                None Present
Courtroom Deputy                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                     None

PROCEEDINGS:   ORDER (IN CHAMBERS) SETTING TRIAL DATE

The Court waives Pre-Trial Conference proceedings in this action.

The Court hereby sets this matter for COURT TRIAL commencing on OCTOBER 9, 2007 AT 9:00 A.M.

IT IS SO ORDERED.

It is further ORDERED that plaintiff shall forthwith serve a copy of this Minute Order on defendants.

cc: counsel of record (by optical scanning)

MINUTES FORM 11                               Initials of Deputy Clerk ___WH___
CIVIL -- GEN