

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.: CV-07-3522-R                                      Date: OCTOBER 1, 2007

TITLE: POGHOS KAZARIAN V. U.S. CITIZENSHIP & IMMIGRATION SERVICES etc

============================================================================

**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

| William Horrell | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**

Ruben Sarkisian                                             Monica Miller AUSA

**PROCEEDINGS:**   Defendant's motion for summary judgment


**The Court GRANTS defendant's motion and signs the uncontroverted facts and conclusions of law and the proposed judgment.**



DOCKETED ON CM
OCT - 2 2007
BY _____ 133

1 min

